# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SHERRY McCOLLUM, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-00780-CV-W-HFS |
| SCOTT THELLMAN, | ) |
| and | ) |
| BRENNA SANDEFUR-FARRAR, | ) |
| Defendants. | ) |

## MEMORANDUM TO COUNSEL

A dispute regarding certain discovery has been ongoing in this personal injury matter, and counsel recently requested by joint motion (Doc. 55) leave to file joint agreed orders under seal. (Doc. 55). Leave was granted, and the agreed orders were to address (4) motions to compel filed by defendant, Scott Thellman, as well as (10) motions to quash subpoenas filed by plaintiff.

Proposed orders have been submitted, but do not reflect the request in the joint motion. For instance, one proposed order grants in part and denies in part Thellman's motion to compel directed to Research Medical Center; however, no such motion has been filed. Another proposed order purports to grant similar relief regarding St. Luke's on the Plaza, but again, a motion to compel has not been filed.

Although the parties stated intention in the joint motion was to reflect an agreement as to plaintiff's (10) motions to quash, the proposed orders submitted do not address all of those motions.

In view of this confusion, the court is unable to enter a coherent ruling, and counsel are directed to review the relevant pleadings and submit proposed orders as it relates to the relief initially sought in the joint motion within fourteen days from the date of this order.

It is SO ORDERED

                                              /s/ Howard F. Sachs            .
                                             HOWARD F. SACHS
                                             UNITED STATES DISTRICT JUDGE

Dated: January 8, 2018
Kansas City, Missouri